UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE BROWN, MELVIN ELLZEY, ELLIS HAUGHTON, DANA HEATON, STEPHEN KATZ, and DIANE ROY | CIVIL ACTION |
| VERSUS | NO. 06-9473 |
| LEXINGTON NATIONAL INSURANCE COMPANY | SECTION "F" |

ORDER

Before the Court is the defendant's motion to sever and proceed separately, and to transfer the claims of Stephen Katz for consolidation.

The plaintiffs have submitted a brief expressing no opposition to severance or to the transfer of Katz' claims for consolidation with an identical lawsuit in another Section of this Court.[1] Further, the Court finds that these claims are appropriate for severance because they do not meet the joinder requirements of Rule 20 of the Federal Rules of Civil Procedure.  See Rohr, et al. v. Metropolitan Property and Casualty Co., No. 06-10511 (E.D. La. Jan.

---

[1] Stephen Katz is the named plaintiff in case 06-8690, in which he has sued the same defendant, Lexington Insurance Company, for breach of contract and bad-faith claims-handling of a policy for the same property identified in this matter.

1

17, 2007)(Feldman, J.)(order granting motion to sever).

All Sections of this Court will proceed identically regarding severing claims arising from Hurricane Katrina.

IT IS ORDERED: that plaintiffs' counsel shall file an amended complaint for each individual claim within thirty days of this Order. These pleadings shall be filed with the Clerk on paper, not electronically. The caption for each amended complaint shall contain only the individual plaintiff and defendant that are the subject of that claim. The amended complaint shall be accompanied by a copy of the original complaint or Notice of Removal and a copy of this severance Order.

Upon filing, the Clerk shall assign a new docket number and will allot it randomly among the Sections of the Court. All pleadings regarding that claim shall thereafter bear the new title, docket number, and Section of the new case.

IT IS FURTHER ORDERED that plaintiffs shall serve each new amended complaint, a copy of the original complaint or Notice of Removal, and a copy of this Order on opposing counsel and on each defendant not yet having appeared in the litigation.

Any substantive motions still pending in the original case must be refiled in any newly assigned cases to which they pertain.

Any claims not timely brought before the Court by amended complaint as ordered herein will be dismissed without further notice.

Further, IT IS ORDERED:  that the claims of Stephen Katz are transferred to Section N of this Court.

New Orleans, Louisiana, February 26, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE